

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RAS
F. #2021R00525

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 17, 2021

By E-Mail and ECF

Ashley Burrell, Esq.
The Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Email: ashley_burrell@fd.org

      Re:    United States v. Ali Alaheri
              Criminal Docket No. 21-296 (RPK)

Dear Ms. Burrell:

      Enclosed please find the government's supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government renews its request for reciprocal discovery from the defendant.

      Specifically, enclosed please find:

- Redacted reports prepared by the New York City Office of Chief Medical Examiner regarding DNA analysis, Bates-numbered AA000235-AA000355;

- Records relating to the defendant's communications between June 24, 2020 and July 8, 2020, while in the custody of the New York State Department of Correction, Bates-numbered AA000356-AA000362; and

- Redacted records relating to a May 18, 2021 911 call, Bates-numbered AA000363-AA000365.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                Very truly yours,

                JACQUELYN M. KASULIS
                Acting United States Attorney

By:   /s/ Rachel A. Shanies
       Rachel A. Shanies
       Assistant U.S. Attorney
       (718) 254-6140

Enclosures

cc:    Clerk of the Court (RPK) (by ECF) (without enclosures)